UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA PEREZ,

                    Plaintiff,

-against-

NY POLICE; NEW YORK CITY PORT
AUTHORITY BUS TERMINAL,

                    Defendants.

19-CV-8251 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated March 23, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Clerk of Court is further directed to terminate all other pending matters.

SO ORDERED.

Dated:  June 23, 2020
          New York, New York

                                                  /s/ Louis L. Stanton
                                                     Louis L. Stanton
                                                          U.S.D.J.