UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUANA PEREZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NY POLICE; NEW YORK CITY PORT AUTHORITY BUS TERMINAL,<br><br>                              Defendants. | 19-CV-8251 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued June 23, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 24, 2020
         New York, New York

                                                            _____Louis L. Stanton_____
                                                                 Louis L. Stanton
                                                                     U.S.D.J.